**E-FILED**
Friday, 01 March, 2013  03:29:12 PM
Clerk, U.S. District Court, ILCD

*Terry C. Johnson #B-45089 v. Saddler*
USDC-CD IL No. 10-3279

**DVD OF VIDEO OF EXTRACTION
FILED CONVENTIONALLY WITH THE
UNITED STATES DISTRICT COURT CLERK**